McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00018-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: May 17, 2018 |
| MARQUESE ALVIN ROBERTS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Marquese Alvin Roberts, through his counsel of record, stipulate that the status conference now set for May 17, 2018, be continued to June 21, 2018, at 10:00 a.m.

On January 19, 2018, Mr. Roberts was arraigned on the three-count Indictment in this case. (ECF Nos. 3, 5.) At the arraignment, the government produced discovery to the defense that included 25 pages of reports and memoranda. In the coming days, the government will produce to the defense a disk with two video recordings from the date Mr. Roberts was arrested, as well as roughly 20 pages of additional materials. Defense counsel will require additional time to review these new materials and the materials already provided, time to confer with his client, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for May 17, 2018, be continued to June 21, 2018, at 9:00 a.m. The parties further agree that time under the Speedy

Trial Act should be excluded from the date the parties stipulated, up to and including June 21, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: May 15, 2018  　　　　　　　　　　　　　　 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: May 15, 2018  　　　　　　　　　　　　　　 */s/ THD for Michael Petrik, Jr.*
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Marquese Roberts

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including June 21, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the May 17, 2018 status conference be continued until June 21, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE