McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-0018-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: June 21, 2018 |
| MARQUESE ALVIN ROBERTS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Marquese Alvin Roberts, through his counsel of record, stipulate that the status conference now set for June 21, 2018, be continued to July 12, 2018, at 10:00 a.m.

On January 19, 2018, Mr. Roberts was arraigned on the three-count Indictment in this case. (ECF Nos. 3, 5.) At the arraignment, the government produced discovery to the defense that included 25 pages of reports and memoranda. Recently, the government has supplemented this initial discovery, and it (the government) has now produced to the defense 41 pages of documents, and two video files from the date Mr. Roberts was arrested. The government has also forwarded the defense a proposed plea agreement. Defense counsel requires additional time to review discovery provided, time to confer with his client, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for June 21, 2018, be continued to July 12, 2018, at 10:00 a.m. The parties further agree that time under the Speedy

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

Trial Act should be excluded from the date the parties stipulated, up to and including July 12, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 19, 2018

 */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: June 19, 2018

 */s/ THD for Michael Petrik, Jr.*
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Marquese Roberts

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including July 12, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 21, 2018 status conference be continued until July 12, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE