HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
MARQUESE ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00018-MCE |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO FILE EXHIBIT A TO MOTION FOR COMPASSIONATE RELEASE UNDER SEAL |
| vs. | ) ) | |
| MARQUESE ROBERTS | ) ) | |
| Defendant. | ) ) ) | |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A in Mr. Robert's case be granted so that the private medical information is not available on the public docket. The Exhibit is to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  February 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE